IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| BYRON WALKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:17-cv-00168-O-BP |
| | § | |
| KERWIN STEPHENS, et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On March 7, 2018, the United States Magistrate Judge made Findings, Conclusions, and Recommendations (an "FCR") in this case (ECF No. 32). Plaintiff then filed objections to the FCR (ECF No. 35) on March 14, 2018, but moved to withdraw them (ECF No. 39) on March 16, 2018. With leave of the Magistrate Judge, Plaintiff also moved to amend his complaint against Defendant Kerwin Stephens (ECF No. 40) on March 19, 2018. The Magistrate Judge's FCR is now ripe for review. Having reviewed Plaintiff's motion to withdraw objections to the FCR, the Court finds that it should be and is hereby **GRANTED**. Accordingly, the undersigned District Judge has reviewed the proposed FCR for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and accepts them as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** Plaintiff's Motion to Withdraw Objections (ECF No. 39); **GRANTS** Defendants State of Texas, 90th Judicial District Court Judge Stephen E. Bristow, and Special District Judge Jerry Ray's Motion to Dismiss (ECF No. 24); **DISMISSES** this action **with prejudice** as to these Defendants; **DENIES** these Defendants' request for sanctions; and **DENIES as moot** Defendant Kerwin Stephen's Motion to Dismiss (ECF No. 27).

**SO ORDERED** on this **22nd day** of **March, 2018**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**